# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

|  |  |
|---|---|
| Verrasco,<br><br>             Plaintiff<br><br>     v.<br><br>Quiana Brown,<br><br>             Defendant | Case No. 2:24-cv-01885-CDS-EJY<br><br>**Order Adopting Magistrate Judge's Report<br>and Recommendation and Closing Case**<br><br>[ECF No. 4] |

This is a purported eviction action involving named defendant Quiana Brown against the plaintiff Verrasco. Compl., ECF No. 1-1. On October 11, 2024, Magistrate Judge Elayna J. Youchah issued a report and recommendation (R&R) that this case be dismissed for lack of subject-matter jurisdiction. R&R, ECF No. 4. Brown had until October 25, 2024, to file objections to the R&R. *See id.* at 2; Local Rule IB 3-2(a) (stating that parties wishing to object to an R&R must file objections within fourteen days); *see also* 28 U.S.C. § 636(b)(1)(C) (same). As of the date of this order, Brown has not filed any objections.

"[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Still, I reviewed Judge Youchah's report and agree with her findings; this court lacks subject matter jurisdiction of this action. Accordingly, I adopt the R&R in full and dismiss this action without prejudice. Further, because I am dismissing this action, I deny Brown's motion to proceed in forma pauperis as moot.

Conclusion

IT IS THEREFORE ORDERED that Magistrate Judge Youchah's report and recommendation **[ECF No. 4] is ADOPTED** in its entirety. This action is dismissed without prejudice.

IT IS FURTHER ORDERED that Brown's motion for leave to proceed in forma pauperis **[ECF No. 1] is DENIED as moot.**

The Clerk of Court is kindly directed close this case.

Dated: November 5, 2024

_____
Cristina D. Silva
United States District Judge